H. V. NOYES, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v. ARTHUR E. LANDEL, Doing Business as WILLIAMSVILLE DAIRY, et al., Appellants.

H. V. NOYES, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v. STERLING AMHERST FARMS DAIRY, INC., et al., Appellants.

Submitted January 20, 1941; decided January 24, 1941.

Motion for reargument and a stay granted. Case will be put down for argument during the first week of the next session. (See 284 N. Y. 563; 285 N. Y. 749.)